Schiller v. Nevius, 187 Ill. App. 485.

To the same effect is *Chapin & Gore v. Walsh,* 37 Ill. App. 526.

The instruction is not based on the evidence in the case. As applied to the facts shown it does not state the law. It is, therefore, misleading and erroneous.

For the reasons given above in discussing the first instruction to the jury, the instruction given under the additional count was erroneous.

For the errors indicated the judgment is reversed and the cause is remanded for a new trial.

*Reversed and remanded.*

Mary Schiller, Appellee, v. George W. Nevius, Appellant.

Gen. No. 19,761.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. FRANK G. PLAIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed July 14, 1914.

### Statement of the Case.

Action in case by Mary Schiller against George W. Nevius and Laird W. Nevius. The declaration is in three counts, in all of which the defendants are charged with negligence in the practice of their profession as dentists. In each count the relation of the parties, the legal duty arising therefrom and the violation of that duty, resulting in injury to plaintiff, are alleged according to the approved forms given in Chitty's Work on Pleadings. No service was had on Laird W. Nevius. From a judgment for plaintiff, defendant George W. Nevius appeals.

ROBERT J. FOLONIE, for appellant.

LEONARD L. COWAN and DANIEL V. GALLERY, for appellee.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

COURTS, § 96*—*jurisdiction of County Court*. The county court has no jurisdiction of an action charging defendants with negligence in the practice of dentistry where the declaration and each count thereof are in tort and not in contract.

---

### Joseph T. Mellon, Appellant, v. Albert E. Hagen, Appellee.

### Gen. No. 19,795.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. ADELOR J. PETIT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed July 14, 1914.

### Statement of the Case.

Bill by Joseph T. Mellon against Albert E. Hagen to rescind a contract of purchase of a one-half interest in a saloon business for fraud, and to dissolve a partnership between the complainant and defendant, and for an accounting, and to set aside a certain note and mortgage given by the complainant to the defendant in part payment for the one-half interest in said business. A general and special demurrer was sustained to the original bill and to four amended bills thereafter filed by leave of court. The demurrer was

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.